UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-10419-RWZ

GEORGE F. PIERCE

v.

PRESIDENT AND FELLOWS
OF HARVARD COLLEGE, *et al.*

MEMORANDUM OF DECISION

February 14, 2014

ZOBEL, D.J.

Plaintiff has filed a motion for clarification (Docket # 113) of my January 13, 2014 memorandum of decision. Defendant has also moved for clarification and partial reconsideration of the denial of summary judgment on Count I (Docket # 114). I allow the motions to the following extent:

- Defendants' motion for summary judgment on plaintiff's claims arising from the first and second round of promotions in 2008 (Count II) is ALLOWED.

- Defendants' motion for summary judgment on plaintiff's claim arising from the initiation of discipline against him in 2008 (Count III) is ALLOWED.

- Defendants' motion for summary judgment on all parts of Counts IV-IX that relate to plaintiff's assignment to foot patrol is ALLOWED.

Defendants' motion for partial reconsideration is DENIED.

|  |  |
|---|---|
| February 14, 2014 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |